**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**SEP - 2 2015**

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

_Bryan J. Knight #098314_

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**1:15-CV-3101**

_Sheriff Eric J. Levett,_
_Correct Care Solutions, Dr. Dunbar_

_Et, Al,_
(Enter above the full name of the defendant(s).)

I.     **Previous Lawsuits**

A.     Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )     No ( X )

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.     Parties to this previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2.     Court (name the district): _____

_____

3.     Docket Number: _____

Rev 12/5/07

**I.     Previous Lawsuits (Cont'd)**

4.     Name of judge to whom case was assigned: _____

5.     Did the previous case involve the same facts?

Yes ( )       No ( )

6.     Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

_____

_____

7.     Approximate date of filing lawsuit: _____

8.     Approximate date of disposition: _____

**II.    Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.     Place of Present Confinement:     _Rockdale County Jail_

B.     Is there a prisoner grievance procedure in this institution?

Yes (✓)       No ( )

C.     Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✗)       No ( )

D.     If your answer is YES:
1.     What steps did you take and what were the results?
     _Followed Grievance Procedures, in Regards to my Medical Condition But Still was not Provided Medical Care or the Correct Treatment for my Condition_

     _____

2.     If your answer is NO, explain why not: _____

     _____

     _____

### III.  Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Name of Plaintiff:   BRYAN J KNIGHT #098314

Address(es):   Rockdale County Jail
911 Chambers Dr.
Conyers, GA  30012

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant(s):   Sherief Eric J Levett, Correct Care Solutions, Dr. Dunbar. et, al.

Employed as   Sherief Rockdale County, Medical Provider for Jail and all medical, Jail Professional

at   Rockdale County Jail, 911 Chambers Dr., Conyers, GA 30012

### IV.  Statement of Claim
State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Since last year, I have filed probably 30 grievances. I have been moved from an open dorm to medical dorm to a solitary dorm now back in an open dorm. I have a rare genetic condition which requires frequent hospital admissions, very expensive medicines and numerous specialists for things such as infectious diseases, allergists, dermatologists, gastrointerologists, etc. Medicines include frequent multiday (3 to 5 days) inpatient infusions (IV) of Vancomyacin and/or Daptomyacin, along with either morphine or dilaudid depending on hospital/doctor and severity along steroids and benadryl

IV. Statement of Claim (Cont'd)

I.V. AND OCCASSIONAL DIFLUCAN AND PROTONIX ● FOR OTHER COMPONENTS AND AILMENTS ASSOCIATED WITH THIS DISEASE. JOBS SYNDROME WITH 4 ULCERS, GERD, ECZEMA, ASTHMA, MRSA, CANDIDA, ADHD, BIPOLAR II, MILD OCD AND PTSD. CORRECT CARE SOLUTIONS THRU THE AUTHORITY OF THE SHERIFF ERIC J. LEVETT HAS MADE A MULTITUDE OF EXCUSES SURROUNDING MY MEDS. I SUPPLIED THEM WITH A LIST OF MY MEDS AND HAD MY DOCTORS/HOSPITALS FOR THE SAME LISTS AS TO WHAT IS REQUIRED FOR MY TREATMENT. I HAVE NEVER RECEIVED THE CORRECT AMOUNT DUE TO THE EXHORBANT COSTS ASSOCIATED WITH SOME TREATMENTS UPWARDS OF $20,000.00 MIN. PER STAY IF HOSPITALIZED. I WAS TAKEN TO ROCKDALE MEDICAL HOSPITAL FOR COMPLICATIONS FOR MY DISEASE, THE HOSPITAL WANTED TO ADMIT ME BUT BECAUSE JAIL WAS PAYING FOR IT THEY WOULDN'T AUTHORIZE THE TREATMENT ONLY ENOUGH TO RETURN ME TO THE JAIL BASICALLY PUT A BAND-AIDE ON A MORE SERIOUS ISSUE. WHEN ASKING FOR MEDICAL HELP OR QUESTIONS, I GET SMART, SHORT OR TURSE RESPONSES AND AM LEFT TO SUFFER.

V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE TO COURT TO FORCE THE ROCKDALE COUNTY JAIL AND CORRECT CARE SOLUTIONS TO GIVE ME THE PROPER MEDICAL CARE I DESERVE AND THE PROPER MEDICINES FOR MY DISEASE IF THE SHERIFF, ERIC J. LEVETT, IS UNWILLING TO DO SO THEN RELEASE ME EARLY OR TRANSFER ME TO A FACILITY THAT CAN GIVE ME PROPER CARE, WHICH I NEED I ALSO RESERVE THE RIGHT TO ASK FOR COMPENSATORY AND PUNITIVE DAMAGES DUE TO THE PAIN AND SUFFERING HEAPED UPON ME BY JAIL ADMINISTRATION AND CORRECT CARE SOLUTIONS. FOR THE LACK OF MEDICAL CARE AND NEGATIVE COMMENTS ABOUT MY CONDITION.

V.      Relief (Cont'd)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Singed this __20TH__ day of __August_____, 20 _15_.

_____
Signature of Plaintiff

STATE OF __Georgia_____
COUNTY (CITY) OF __Rockdale____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __20 August 2015__
                          (Date)

_____
Signature of Plaintiff

Rev. 12/5/07