IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN J. KNIGHT, Rockdale Cnty. ID #098314,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF ERIC J. LEVETT, CORRECT CARE SOLUTIONS, DR. DUNBAR, et al.,<br><br>    Defendants. | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br><br><br>CIVIL ACTION FILE NO.<br>1:15-CV-3101-SCJ-JCF |

## ORDER

This matter is before the Court for consideration of Plaintiff Brian J. Knight's motion to dismiss [Doc. No. 21]. Plaintiff's motion is **GRANTED** and this civil action is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 6th day of April, 2016.

                                s/Steve C. Jones
                                STEVE C. JONES
                                UNITED STATES DISTRICT JUDGE